427714
**Law Firm Ref#: 3082378**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

PHOENIX CONSTRUCTION LLC,
        **Plaintiff(s),**

    VS

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,
        **Defendant(s).**

Case No.: **3:25-cv-909**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Menichini** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **International Union of Operating Engineers Local 150 c/o Dale D. Pierson, Registered Agent**

I, Served the within named INDIVIDUAL/ENTITY on **11/10/2025 at 1:45 PM**

**CORPORATE SERVICE:** by leaving a copy of this process with **Dale Pierson** (Title): **Registered Agent** , a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons in a Civil Action; Complaint**

ADDRESS WHERE SERVED: **6140 Joliet Rd, Countryside, IL 60525-3956**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

Sex: **Male** - Race: **Caucasian** - Hair: **Gray** - Approx. Age: **75** - Height: **5'10** - Weight: **175**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.



Michael Menichini, Process Server
Dated: 11/12/25



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

427714
Order #:427714/ILPRF441